IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

IN RE: )
) Case Number 10-10148
Franz A. Scott and Juliette S. Scott, )
        Debtors. ) Chapter 7
)
)

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY

This matter came on before the undersigned United States Bankruptcy Judge upon the Motion for Relief from Stay (the "Motion") filed by Wells Fargo Bank N.A. (the "Creditor") to exercise its state law rights with respect to certain real property (the "Real Property") located at 23602 North 22nd Way, Phoenix, AZ 85024. The Court having considered the Motion and the record in this case finds and concludes as follows:

    1.    The Creditor filed the Motion on February 12, 2010.

    2.    The Clerk of the Bankruptcy Court mailed a Notice to interested parties on February 16, 2010 that any objection to the Motion must be filed with the Court by March 4, 2010 and that if no objections were filed within that time period, then the Court would consider the Motion without a hearing.

    3.    No objection to the Motion was filed by any interested party, and the time within which objections must be filed as set forth in the Notice has expired.

    4.    Cause exists for modification of the automatic stay afforded by Section 362 of the Bankruptcy Code.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that the Motion is granted, and the automatic stay afforded by Section 362 is modified to allow Wells Fargo Bank N.A. to exercise its state law rights with respect to the Real Property.

IT IS FURTHER ORDERED that Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and that the Creditor may immediately enforce and implement this Order.

IT IS FURTHER ORDERED that if a sale of the Real Property is held and excess proceeds are derived, then such proceeds shall be deposited with the Chapter 7 Trustee in this case.

Parties to be Served:
10-10148

Franz A. Scott
Juliette S. Scott
2211 Copperstone Drive
Apt. 1E
High Point, NC 27265

Clyde R. Cash
155 Sunnynoll Court
Suite 200
Winston Salem, NC 27106

Charles M. Ivey
P.O. Box 3324
Greensboro, NC 27402

Michael D. West
Bankruptcy Administrator
P.O. Box 1828
Greensboro, NC 27402

Sean Corcoran
5121 Plaza Parkway Blvd.
Charlotte, NC 28217